Prob 12C (12/04)
(D/KS 04/22)

PACTS# 2535043

# United States District Court
## for the
## District of Kansas

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Andre Bryant**                    Case Number: **1083 6:16CR10082-002**

Sentencing Judicial Officer:  Honorable J. Thomas Marten, U.S. District Judge
Reassigned Judicial Officer: Honorable John W. Broomes, U.S. District Judge

Date of Original Sentence:  04/10/2017

Original Offense: Use and Carry a Firearm During a Crime of Violence

Original Sentence:  84 Months Prison, 36 Months Supervised Release

Type of Supervision:  TSR                                  Date Supervision Commenced:  12/05/2022
Asst. U.S. Attorney:  Lanny Welch                          Defense Attorney:  TBA

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | On 9/20/2023, the defendant failed to report to the probation officer as instructed. |
| 2 | **Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or paraphernalia related to any controlled substances, except as prescribed by a physician. |
| | On 10/13/2023, the defendant submitted a urine sample that screened positive for marijuana. The defendant admitted using marijuana on or about 10/6/2023 and signed an Admission of Usage form. |

Prob 12C -2-
Name of Offender: Andre Bryant     Case Number: 1083 6:16CR10082-002

> *For the purposes of applying the provisions of 18 U.S.C. §§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12-month period)*, **the defendant has submitted one (1) positive qualifying sample(s)**. *If the Court finds that the positive drug test(s) constitutes possession of a controlled substance the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment. 18 U.S.C. §§ 3565(b), 3583(g). The Court shall also consider whether the availability of appropriate substance abuse programs, or the offender's current or past participation in such programs, warrants an exception from the requirement of mandatory revocation and imprisonment under 18 U.S.C. §§ 3565(b), 3583(g). 18 U.S.C. §§ 3563(a), 3583(d). U.S. v Hammonds, 370 F.3d 1032 (10th Cir. 2004).*

**3**  **Mandatory Condition: The defendant shall not unlawfully possess a controlled substance.**

The defendant possessed marijuana, a felony punishable by a term of imprisonment exceeding one year, as evidenced by the positive drug test(s) submitted for this substance on 10/13/2023, in violation 21 U.S.C. § 844 after having a prior drug conviction in Sedgwick County District Court, Docket No.: 07CR2413.

**4**  **Standard Condition #10: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or Tasers).**

On 5/30/2023, Wichita Police Department (WPD) conducted a traffic stop. Mr. Bryant was the front seat passenger. Officers subsequently located a firearm in the glove compartment that was directly in front of the passenger seat. Mr. Bryant had access to the firearm. He was arrested and charged with Possession of a Firearm by a Felon, as evidenced in the police report (Incident No.: 23C049204).

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ Revoked
☐ Extended for   years, for a total term of   years.

☐ The conditions of supervision should be modified as follows:

Prob 12C -3-
*Name of Offender:* Andre Bryant                                      *Case Number:* 1083 6:16CR10082-002

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 10/17/2023

by _____*Annelies M Snook*_____

Annelies M. Snook
U.S. Probation Officer

Approved:

_____*Jamie McGonigle*_____
Jamie McGonigle, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☑ The Issuance of a Warrant.  Docket Entry, Petition, and Warrant sealed and not to be distributed to counsel of record.  Docket Entry, Petition, and Warrant unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:


s/ John W. Broomes
_____
Signature of Judicial Officer

October 18, 2023
_____
Date